UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| VICTOR G, | Case No. 26-CV-1013 (PJS/JFD) |
| Petitioner, | |
| v. | ORDER |
| PAMELA BONDI, Attorney General; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, Acting Director of Immigration and Customs Enforcement; IMMIGRATION AND CUSTOMS ENFORCEMENT; DAREN K. MARGOLIN, Director for Executive Office for Immigration Review; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; DAVID EASTERWOOD, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement; and ERIC TOLLEFSON, Sheriff of Kandiyohi County, | |
| Respondents. | |

David L. Wilson and Gabriela Sophia Anderson, WILSON LAW GROUP, for petitioner.

David W. Fuller and Trevor Brown, UNITED STATES ATTORNEY'S OFFICE, for all respondents except Eric Tollefson.

This matter is before the Court on petitioner Victor G.'s petition for a writ of habeas corpus.[1]  Victor, a citizen of El Salvador, entered the United States without inspection in or around October 2015, as a minor.  V. Pet. ¶¶ 38–39.  Upon entry, Victor was placed in the custody of the Department of Health and Human Services' Office of Refugee Resettlement, and was then released pursuant to 8 U.S.C. § 279 and 8 U.S.C. § 1232.  *Id.* ¶¶ 40–41.  The government later commenced removal proceedings against Victor under 8 U.S.C. § 1229(a).  *Id.* ¶ 42.  Victor has a pending application for relief and has no criminal history.  *Id.* ¶¶ 43, 46.  Nevertheless, Immigration and Customs Enforcement ("ICE") agents arrested Victor on January 23, 2026.  *Id.* ¶ 45.  Victor alleges that he was arrested without a warrant.  *Id.* ¶¶ 98, 6.

This is one of numerous recent cases challenging the application of 8 U.S.C. § 1225(b)(2) to aliens who have been living in the United States unlawfully.  This Court recently held that, because such aliens are not "seeking admission," *see* § 1225(b)(2), that provision does not apply to them.  *See Santos M.C. v. Olson*, No. 25-CV-4264 (PJS/DJF), 2025 WL 3281787, at *3 (D. Minn. Nov. 25, 2025); *but see See Buenrostro-Mendez v. Bondi*, No. 25-20496, 2026 WL 323330, at *1 (5th Cir. Feb. 6, 2026) (adopting the alternate reading of § 1225(b)(2)).

---

[1]Pursuant to this District's policy in immigration cases, the Court identifies petitioner only by first name and last initials.

The Court ordered respondents to file an answer to Victor's petition no later than February 6.  Respondents have not filed a response.  Because the government has provided no basis for the Court to conclude that Victor's continued detention is lawful, immediate release is warranted.  *See Ahmed M. v. Bondi*, No. 25-CV-4711 (ECT/SGE), 2026 WL 25627, at *3 (D. Minn. Jan. 5, 2026) (holding that an arrest warrant is a prerequisite to detention under § 1226(a)); *see also* 8 U.S.C. § 1226(a) ("*On a warrant issued by the Attorney General*, an alien may be arrested and detained pending a decision on whether the alien is to be removed from the United States." (emphasis added)); *Florida v. United States*, 660 F. Supp. 3d 1239, 1276 (N.D. Fla. 2023) ("If the alien has not been arrested on a warrant, then the subsequent provisions giving the Attorney General discretion to detain or release 'the arrested alien' are likewise not triggered." (quoting § 1226(a)).  The Court will therefore grant Victor's petition and order his release.

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.

2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

3. If petitioner is in Minnesota, respondents must immediately release petitioner from custody. If petitioner is not in Minnesota, respondents must first return petitioner to Minnesota and then immediately release him from custody.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 7, 2026                     /s/ Patrick J. Schiltz
                                             Patrick J. Schiltz, Chief Judge
                                             United States District Court